JUN 2 0 2002

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PLASTICS RESEARCH CORPORATION, INC.,
a Michigan corporation,

   *Plaintiff*,

vs.

BRITE MANUFACTURING, INC.,

   *Defendant*.

HONORABLE ROBERT H. CLELAND

CIVIL ACTION NO. 2:97-CV-76323

| | |
|---|---|
| MARK A. CANTOR (P32661)<br>SANGEETA G. SHAH (P49242)<br>**BROOKS & KUSHMAN P.C.**<br>1000 Town Center<br>Twenty-Second Floor<br>Southfield, Michigan 48075<br>(248) 358-4400<br><br>*Attorneys for Plaintiff* | KATHLEEN A. LANG (P 34695)<br>**DICKINSON WRIGHT, PLLC**<br>500 Woodward Avenue, Suite 4000<br>Detroit, Michigan 48226<br>(313) 223-3500<br><br>ROBERT J. LANE, JR.<br>**HODGSON, RUSS, ANDREWS, WOODS<br>& GOODYEAR, LLP**<br>One M&T Plaza, Suite 2000<br>Buffalo, New York 14203-2391<br>(716) 856-4000<br><br>*Attorneys for Brite Manufacturing, Inc.* |

## STIPULATED ORDER OF DISMISSAL

BK
LAW OFFICES
BROOKS & KUSHMAN P.C.
1000 TOWN CENTER
TWENTY-SECOND FLOOR
SOUTHFIELD, MI 48075

(248) 358-4400

EXHIBIT A

223

WHEREAS the parties have entered into a Settlement Agreement resolving the remaining issues in this case between them,

IT IS HEREBY ORDERED that all remaining claims of PRC against Brite, and all remaining claims of Brite against PRC, shall be dismissed with prejudice with each party to bear their own costs and attorney fees.

The Court shall retain jurisdiction to enforce the terms of the Settlement Agreement between the parties.

**SO ORDERED.**

_____
Honorable Robert H. Cleland
U.S. District Court Judge

Dated: JUN 2 0 2002

**APPROVED AS TO FORM:**

**BROOKS & KUSHMAN P.C.**

By: Mark A. Cantor (Signed w/permission by Seth E. Ruback P55738)
MARK A. CANTOR (P32661)
1000 Town Center
Twenty-Second Floor
Southfield, Michigan 48075
(248) 358-4400

*Attorneys for Plaintiff Inc.*

Dated: 19 JUN 02

**HODGSON, RUSS, ANDREWS, WOODS, & GOODYEAR, LLP**

By: _____
ROBERT J. LANE, JR.
One M&T Plaza
Suite 2000
Buffalo, New York 14203-2391
(716) 856-4000

*Attorneys for Brite Manufacturing,*

Dated: 6/1/02

**BK**
LAW OFFICES
BROOKS & KUSHMAN P.C.
1000 TOWN CENTER
TWENTY-SECOND FLOOR
SOUTHFIELD, MI 48075

(248) 358-4400

-2-

EXHIBIT A